Certificate Number: 15322-PAM-DE-040502088

Bankruptcy Case Number: 25-03594


15322-PAM-DE-040502088

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 13, 2026</u>, at <u>2:19</u> o'clock <u>AM CST</u>, <u>Eric D Coleman</u> completed a course on personal financial management given <u>by internet</u> by <u>1$ Wiser Consumer Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>January 13, 2026</u>          By: <u>/s/Gene Bralewski</u>

                                      Name: <u>Gene Bralewski</u>

                                      Title: <u>Certified Credit Counselor</u>