United States Bankruptcy Court
Middle District of Pennsylvania

| | | | |
|---|---|---|---|
| In re | Eric Douglas Coleman, Sr. | Case No. | 5:25-bk-03594 |
| | Debtor(s) | Chapter | 13 |

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2026, a copy of Order Confirming 1st Amended Chapter 13 Plan was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

ALL PARTIES ON ATTACHED EXHIBIT "A"

/s/ Timothy B. Fisher II

Timothy B. Fisher II 85800
Timothy B. Fisher II
Fisher & Fisher Law Offices
P. O. Box 396
Gouldsboro, PA 18424
570-842-2753 Fax:570-842-8979
donna.kau@pocono-lawyers.com

Label Matrix for local noticing
0314-5
Case 5:25-bk-03594-MJC
Middle District of Pennsylvania
Wilkes-Barre
Fri Apr 17 10:18:02 EDT 2026

U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701-1500

American Express
PO Box 981537
El Paso, TX 79998-1537

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Capital  One Bank USA NA
PO Box 31293
Salt Lake City, UT 84131-0293

CitiCards CBNA
5800 South Corporate Place
Sioux Falls, SD 57108-5027

Geoffrey S. Worthington, Esq.
P.O. Box 536
Tannersville, PA 18372-0536

JPMCB - Card Services
PO Box 15369
Wilmington, DE 19850-5369

Jefferson Capital LLC
200 14th Ave E
Sartell, MN 56377-4500

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

Navy Federal Credit Union
P.O. Box 3000
Merrifield, VA 22119-3000

Navy Federal Credit Union
PO Box 3700
Merrifield, VA 22119-3700

Navy Federal Credit Union
Po Box 3700
Attn Cbr, Disputes
Merrifield, VA 22119-3700

Nicholas Charles Haros, Esq.
802 Main Street
Stroudsburg, PA 18360-1602

Scott & Associates
41 Byberry Rd Suite 9
Hatboro, PA 19040-3210

Stillwater Lakes Civic Assoc.
5144 Hummingbird Drive
Pocono Summit, PA 18346-7674

Stillwater Lakes Civic Association, Inc.
5144 Hummingbird Drive
Pocono Summit, PA 18346-7674

Stillwater Lakes Sewer Corp.
5144 Hummingbird Drive
Pocono Summit, PA 18346-7674

Stillwater Sewer Corp.
5144 Hummingbird Drive
Pocono Summit, PA 18346-7674

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102-1104

Wells Fargo Bank, N.A.
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Wells Fargo Bank, N.A.
Wells Fargo Card Services
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Wells Fargo Card Service
Credit Bureau Resolution
PO Box 14517
Des Moines, IA 50306-3517

Eric Douglas Coleman Sr.
P.O. Box 741
Pocono Summit, PA 18346-0741

(p)JACK N  ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

Timothy B. Fisher II
Fisher and Fisher Law Offices
PO Box 396
525 Main Street
Gouldsboro, PA 18424-8838

Exhibit "A"

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems, LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617

M&T Bank
P.O. Box 840
Buffalo, NY 14240-0840

(d)M&T Bank
P.O. Box 900
Millsboro, DE 19966

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)M&T BANK

(d)Navy federal Credit Union
P.O. BOX 3000
MERRIFIELD, VA 22119-3000

(d)Scott & Associates
41 Byberry Rd, Suite 9
Hatboro, PA 19040-3210

End of Label Matrix
Mailable recipients    27
Bypassed recipients     3
Total                  30